**Nos. 2026-1357, 2026-1390**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

———————————

ASCEND ELEMENTS, INC.

*Appellant*

v.

DUESENFELD GmbH,

*Cross-Appellant*

———————————

Appeal from the Patent Trial and Appeal Board in
Inter Partes Review No. IPR2024-00887

———————————

**PARTIES' JOINT RESPONSE TO
ORDER OF APRIL 30, 2026
CONCERNING BANKRUPTCY**

———————————

On April 30, 2026, the Court ordered the parties to "to inform the court how they believe these appeals should proceed in light of the bankruptcy filing." The parties have conferred and reached agreement as to a proposal.

In view of bankruptcy proceedings having case numbers 4:26-bk-90439 and 4:26-bk-90440, currently pending in the United States Bankruptcy Court for the Southern District of Texas ("the Ascend Bankruptcy Cases"), Appellant Ascend Elements, Inc. and Cross Appellant Duesenfeld G.m.b.H. jointly propose to the Court the following: The briefing schedule in appeals 26-1357 and 26-1390 will remain stayed under the Court's inherent power, until the earlier of (i) the sale of substantially all of debtors' assets, (ii) the Effective Date of any confirmed plan in the Ascend Bankruptcy Cases, and (iii) the date upon which the Ascend Bankruptcy Cases are closed or dismissed or a discharge is granted or denied. The parties shall provide a notice to the Court within 30 days from the first fulfillment of any of conditions (i) through (iii). In addition, a party may move the Court at any time to lift the stay for cause, such cause including, but not limited to, the sale of a portion of the debtors' assets relevant to the patent that is the

2

subject of appeal numbers 26-1357 and 26-1390 (U.S. Pat. No. 11,050,097), and arguments or orders in another proceeding that would result in a proceeding being stayed, delayed, or otherwise materially impacted by the stay of appeals 26-1357 or 26-1390.

Date: <u>May 14, 2026</u>

| | |
|---|---|
| <u>/s/ Andrew Gish</u> | <u>/s/ Matthew A. Smith</u> |
| Andrew Gish | Matthew A. Smith |
| Gish PLLC | SMITH BALUCH LLP |
| 41 Madison Avenue, | 700 Pennsylvania Ave. SE |
| Floor 31 | Second Floor |
| New York, NY 10010 | Washington, DC 20003 |
| (212) 518-7380 | (202) 669-6207 |
| andrew@gishpllc.com | smith@smithbaluch.com |
| | |
| *Counsel for Appellant Ascend Elements, Inc.* | *Counsel for Appellee-Cross Appellant Duesenfeld GmbH.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on all counsel of record by CM/ECF on May 14, 2026.

Date: <u>May 14, 2026</u>

<u>/s/ Matthew A. Smith</u>
Matthew A. Smith
SMITH BALUCH LLP
700 Pennsylvania Ave. SE
Second Floor
Washington, DC 20003
(202) 669-6207
smith@smithbaluch.com

*Counsel for Appellee-Cross Appellant Duesenfeld GmbH.*

4